Thomas L. Wenger, Harrisburg, for Pennsylvania State Assoc. of Twp. Supervisors and Pennsylvania Local Government Conference, amicus curiae.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Edwin GOMEZ, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 2003.
Decided Nov. 20, 2003.

Louis Theodore Savino, Philadelphia, for Edwin Gomez, Appellant.

Hugh J. Burns, Philadelphia, for the Com. of PA, Appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.